DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| | | | |
|---|---|---|---|
| 377P11-2 | State v. Kenis Ray Johnson | Def's *Pro Se* PWC to Review the Order of the COA (COAP13-252) | Dismissed<br><br>**Beasley, J., Recused** |
| 379P10-2 | State v. Ralph Franklin Frederick | 1. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP13-337)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 393P12-3 | Jabar Ballard v. N.C. Office of Administrative Hearings and Donald W. Oberby | Def's *Pro Se* Petition for *Writ of Mandamus* (COA12-159) | Denied |
| 394P12-3 | State v. Joseph Brian Tarleton | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-916) | Denied |
| 399P06-4 | James Albert Coley, Jr. v. N.C. Office of Administrative Hearings and Donald W. Overby | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 411A94-5 | State v. Marcus Reymond Robinson | 1. State's Motion to Supplement the Attachments to State's PWC in Support of Brief for the State<br><br>2. Motion for Admission of Alex T. Haskell *Pro Hac Vice*<br><br>3. Motion for Admission of Gregory B. Craig *Pro Hac Vice*<br><br>4. Def's Motion to Supplement the Record | Allowed<br>**06/25/13**<br><br>2. Allowed<br>**08/20/13**<br><br>3. Allowed<br>**08/20/13**<br><br>4. See Special Order<br>**08/20/13** |
| 413P12-2 | State v. Darryl Thompson | 1. Def's *Pro Se* PWC to Review the Order of the COA (COAP13-295)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 415PA12 | Amos Tyndall, as *Guardian ad Litem* for Che-Val Batts v. Ford Motor Company and Alejandro Ortiz Rio | 1. Motion for Admission of Wendy F. Lumish *Pro Hac Vice*<br><br>2. Motion for Admission of Alina Alonso Rodriquez *Pro Hac Vice*<br><br>3. Products Liability Advisory Council's Motion for Leave to File *Amicus* Brief | 1. Allowed<br>**06/24/13**<br><br>2. Allowed<br>**06/24/13**<br><br>3. Allowed<br>**06/24/13** |